# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM WALDING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:15-cv-00447-WHA-SRW |
| | ) | |
| HOME DEPOT U.S.A., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION TO EXTEND DISCOVERY

COME NOW WILLIAM WALDING, Plaintiff in the above-captioned matter and HOME DEPOT U.S.A., INC., Defendant in the above-captioned matter, and file this Consent Motion requesting an extension of the remaining deadlines in the Uniform Scheduling Order by one hundred and twenty (120) days.

Following an exchange of written discovery, the parties agreed to submit the case to mediation. The mediation is currently scheduled to take place in Montgomery, Alabama on March 18, 2016. The parties are hopeful that the matter will be resolved at the mediation. However, should a settlement not be reached, the parties will require additional time to conduct further discovery and comply with all remaining deadlines.

Therefore, all parties respectfully request this Court to enter an Amended Scheduling Order extending all remaining deadlines contained in the Court's Uniform Scheduling Order.

This 1st day of March, 2016.

        Respectfully submitted,

*{by David V. Hayes*
*/s/ John D. Lawrence*   *with express permission}*
John D. Lawrence (ASB-3434-o63l)
Kenneth E. Riley (ASB-9731-i71k)
*Attorneys for the Plaintiff*

OF COUNSEL:

**FARRIS, RILEY & PITT, LLP**
505 North 20th Street
Suite 1700
Birmingham, Alabama 35203
Tel: (205) 324-1212
Fax: (205) 324-1255
jlawrence@frplegal.com
kriley@frplegal.com

*/s/ David Hayes*
David Hayes (ASB-9596-d62h)
*Attorney for the Defendant*

OF COUNSEL:

**Owen, Gleaton, Egan, Jones & Sweeney, LLP**
1180 Peachtree Street
Suite 3000
Atlanta, Georgia 30309
Tel: (404) 688-2600
Fax: (404) 525-4347
dhayes@og-law.com